UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------
PAMELA CHATAGNIER,

v.

THE CENTER FOR PEDIATRIC AND
ADOLESCENT MEDICINE, L.L.C.,

-----------------------------------------------------x

CASE NO. 18-cv-11626

JUDGE JAY C. ZAINEY

MAGISTRATE JUDGE KAREN WELLS-ROBY

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees.

NEW ORLEANS, LOUISIANA, this 20th day of _____May_____, 2019.

_____
JUDGE